UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| AARON OSBUN,<br><br>　　　　　　　　　　Plaintiff,<br>　v.<br>MARK DULYANI, et al.,<br><br>　　　　　　　　　　Defendants. | Case No. 3:25-cv-00415-ART-CSD<br><br>TRANSFER ORDER AND CLOSING CASE IN THIS DISTRICT |

　　　　Plaintiff Aaron Osbun, who is detained at the Carson City Jail, has submitted a pro se civil-rights complaint under 42 U.S.C. § 1983 and filed an application to proceed *in forma pauperis*. (ECF Nos. 1-1, 1). Osbun sues Mark Dulyani and the El Dorado Sheriff's Department for events that allegedly happened while he was detained at El Dorado County Jail in California. (ECF No. 1-1). All defendants appear to reside in California. *See id.* at 2.

　　　　28 U.S.C. § 1391(b) instructs that a plaintiff may bring an action in:

> (1) a judicial district in which any defendant resides, if all defendants are residents of the State in which the district is located; (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the subject of the action is situated; or (3) if there is no district in which an action may otherwise be brought as provided in this section, any judicial district in which any defendant is subject to the court's personal jurisdiction with respect to such action.

And if a case has been filed in the wrong district or division, the district court in which the case has been incorrectly filed may "transfer [the] case to any district or division in which it could have been brought." 28 U.S.C. § 1406(a).

　　　　This Court finds that the District of Nevada is not the appropriate venue for this action because the events happened in El Dorado County, California, and the defendants all reside in California. In the interests of justice, the Court will transfer this action to the United States District Court for the Eastern District of

1

1  California. The Court offers no opinion about the merits of Osbun's claims or his
2  application to proceed *in forma pauperis.*
3      It is therefore ordered that the Clerk of the Court will transfer this case to
4  the United States District Court for the Eastern District of California, and close
5  the case in this District.

7  DATED THIS 16th day of September 2025.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

2